1  ADAM C. BROWN (SBN 161951)
   JANET K. HAINES (SBN 242374)
2  **BROWN & ASSOCIATES**
   **A Professional Law Corporation**
3  11140 Fair Oaks Boulevard, Suite 100
   Fair Oaks, CA 95628
4  Telephone:    (916) 859-4910
   Facsimile:    (916) 859-4911
5
   Attorneys for Plaintiffs
6  THE RICE CORPORATION
   dba THE RICE COMPANY;
7  THE RICE COMPANY (SUISSE) S.A.

8

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

12 | THE RICE CORPORATION d.b.a THE         ) CASE NO. 2:07-CV-01188-LEW-KJM
   | RICE COMPANY, a Delaware corporation;  )
13 | THE RICE COMPANY (SUISSE) SA, a        ) **STIPULATION AND ORDER FOR**
   | Swiss corporation,                     ) **EXTENSION OF TIME TO RESPOND**
14 |                                        ) **TO COMPLAINT**
   |           Plaintiffs,                  )
15 |                                        )
   | v.                                     )
16 |                                        )
   | INTERCONTINENTAL NEGOCE SA, a          )
17 | Turks & Caicos corporation; and DOES 1 )
   | through 50, inclusive,                 )
18 |                                        )
   |           Defendants.                  )
19 |_____)

20

21         Subject to approval by the Court, Plaintiff and Defendant, through their respective

22 counsel, hereby stipulate to an extension of time for Defendant to respond to Plaintiff's

23 complaint.   Defendant will therefore have up to and including December 10, 2007 within which

24 to respond to the complaint, or up to such other date that the Court may order.

25         Plaintiff and Defendant entered into one previous stipulation extending Defendant's time

26 to respond.  This further extension is necessary as Plaintiff anticipates amending the present

27

28
                                              1
   **Stipulation and Order for Extension of Time to File Answer to Complaint**
   **2:07 CV 01188 LEW KJM**

complaint to include additional claims for relief.  Accordingly, a brief extension of time for the Defendant to respond will avoid unnecessary pleadings and/or law and motion practice.

Date:  November 9, 2007                    BROWN & ASSOCIATES, PLC


                                           By:     /S/ Adam C. Brown
                                                 ADAM C. BROWN
                                                 Attorneys for Plaintiffs
                                                 THE RICE COMPANY (SUISSE) SA
                                                 THE RICE CORPORATION dba THE
                                                 RICE COMPANY


Date: November 9, 2007                     PORTER SCOTT


                                           By:     /S/ Terence J. Cassidy
                                                 TERENCE J. CASSIDY
                                                 Attorneys for Defendant
                                                 INTERCONTINENTAL NEGOCE
                                                 SA


   Upon the stipulation of the parties hereto, and good cause appearing therefor,

   IT IS SO ORDERED.


Date:  November 13, 2007                   /s/ Ronald S. W. Lew
                                           UNITED STATES DISTRICT COURT JUDGE